DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RACHEL MICHELLE RAMOS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1775
_____

December 5, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Rachel Michelle Ramos, pro se.

PER CURIAM.

Affirmed.

LUCAS, C.J., and KELLY and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.